ORIGINAL

TRULINCS 12461122 - KAIO-BARROZO, TISHANAH IWA - Unit: HON-F-B

---

FROM: 12461122
TO:
SUBJECT: Petition for Writ of Habeas Corpus
DATE: 01/18/2023 11:19:47 AM

Tishanah Iwalani Kaio-Barrozo
FDC Honolulu #12461-122
PO Box 30080
Honolulu, Hawaii 96820

cc: JMS/FILON

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 23 2023
at 11 o'clock and 30 min. A M
John A. Mannle, Clerk   LS

In the United States District Court for the District of Hawaii

| Tishanah Iwalani Kaio-Barroza, Petitioner, | Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. Section 2241 Seeking an Order Directing The Bureau of Prisons ("BOP") to Apply First Step Act ("FSA") Earned Time Credit ("ETC") |
|---|---|
| vs. | |
| Warden Estela Derr, Respondent. | |

CV23 00029 JMS KJM

Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. Section 2241 Seeking an Order Directing the Bureau of Prisons to Apply First Step Act Earned Time Credits

I am seeking an order directing the BOP to apply my FSA Earned Time Credits. This is a challenge to the execution of my sentence, and petition is properly brought as a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. Section 2241 in the district court for the district which I am in custody. See United States v. Kinsey, 393 F. App'x 663, 664 (11th Cir. 2010)(per curiam)(noting that Section 2241 "is appropriate means by which an inmate may challenge the [BOP's] calculation and execution of his sentence")(citing Bishop v. Reno, 210 F.3d 1295, 1304 n. 14 (11th Cir. 2000)).

I. Relevant Facts and Claims
I am a Federal inmate currently at the Honolulu Federal Detention Center ("FDC"). I am currently serving an imposed sentence of 9 months imprisonment, followed by 3 years supervised release with a release date of January 2023 with my FSA GTC Credits, which has since passed (immediate release).

II. Analysis
A. Exhaustion Requirement
Santiago-Lugo v. Warden, 782 F.3d 467, 475 (11th Cir. 2015) held that it is no longer the law that exhaustion of administrative remedies is a jurisdictional requirement it is still a requirement, it's just not a jurisdictional one. I admit that I did not exhaust my administrative remedies before seeking relief under 28 U.S.C. Section 2241. Exhaustion may be excused where "requiring resort to administrative remedy may occasion undue prejudice to subsequent assertion of court action." Shorter v. Warden, 803 F.App'x 332, 336 (11th Cir. 2020)(quoting McCarthy v. Madigan, 503 U.S. 140, 146-147, 112 S.Ct. 1081, 117 L.Ed 2d 291 (1992)). This occurs when petitioner can show "irreparable harm if unable to secure immediate judicial consideration of his claim." Id. (quoting McCarthy, 503 U.S. at 149). I did not exhaust my administrative remedies. Nonetheless, considering my impending release date, balancing the interests favor promptly deciding the issues I raise over the institutional interests protected by exhaustion defense.

B. Merits of the FSA ETC
1. Authority to Calculate Sentences.
The Attorney General, through the BOP, administers inmate sentences. See 18 U.S.C. Section 3621(g). The BOP has exclusive jurisdiction to determine sentence credits for inmates in the first instance. "After a district court sentences a federal offender, the Attorney General, through the BOP has the responsibility for administering the sentence." United States v. Wilson, 503 U.S. 329, 335, 112 S.Ct. 1351, 117 L.Ed 2d 593 (1992). BOP failed to apply any of my FSA ETC credits.

2. Calculation of My Sentence Which Includes FSA ETC Credits.
In Steward v. Snider, U.S. Dist. Ct. for the Northern District of Alabama, Eastern Division, 2022 U.S. Dist. LEXIS 100512 Case No. 1:22-cv-00294-MHH-JHE (May 10, 2022) Writ of Habeas Corpus was granted. Which sought an order directing the BOP to apply FSA Earned Time Credits. I am requesting the same as I have been incarcerated since July 19, 2022, and my FSA ETC credits have not been applied to my sentence.

TRULINCS 12461122 - KAIO-BARROZO, TISHANAH IWA - Unit: HON-F-B

---

II. Conclusion
Based on the aforementioned I asked that my petition be granted.

_____  January 18, 2023   Honolulu, Hawaii

Received By Mail
Date JAN 2 3 2023

FSC, D.O., BANK IFP
Mailed On
Date 1/23/2023