# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| TISHANAH IWALANI KAIO-BARROZO,<br><br>         Petitioner,<br><br>         V.<br><br>WARDEN ESTELA DERR,<br><br>         Respondent. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 23-00029 JMS-KJM<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>March 21, 2023<br><br>At 3 o'clock and 30 min p.m.<br>LUCY H. CARRILLO, CLERK |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

   On March 21, 2023, the Court issued its ORDER DISMISSING ACTION, ECF NO. 8, (March 21, 2023 Order).

   IT IS ORDERED AND ADJUDGED that this action is hereby DISMISSED without prejudice, pursuant to and in accordance with the March 21, 2023 Order. Further, the Clerk of Court is directed to close the case file.

| March 21, 2023 | LUCY H. CARRILLO |
|---|---|
| Date | Clerk |
| | /S/ LUCY H. CARRILLO by JI |
| | (By) Deputy Clerk |